UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                         )
Womack, Roland Lee        xxx-xx-0134          )
Womack, Theresa Ann       xxx-xx-5595          )
2125 Olive Drive                               )   No. 11-10213  C-13G
Reidsville, NC 27320                           )
                                               )
                          Debtor(s)            )

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN**

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan and recommends that the plan proposed by the above-referenced Debtors be denied confirmation, and in support of the recommendation shows unto the Court as follows:

1. The Debtors propose a plan payment of $880.00 per month beginning March 16, 2011, increasing to $985.00 per month effective April 2011.

2. The Trustee is informed and believes based on a review of Schedules I and J that the Debtors do not have income sufficient to support the plan payment.

3. The Debtors' plan is not feasible based on information provided by the schedules.

WHEREFORE, the Trustee recommends that the Court deny confirmation of the plan.

Date:  April 7, 2011                           s/Anita Jo Kinlaw Troxler
                                               Standing Trustee
                                               P.O. Box 1720
                                               Greensboro, NC 27402-1720
                                               (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                          )
Womack, Roland Lee        xxx-xx-0134           )
Womack, Theresa Ann       xxx-xx-5595           )
2125 Olive Drive                                )   No. 11-10213  C-13G
Reidsville, NC 27320                            )
                                                )
                      Debtor(s)                 )


## CERTIFICATE OF SERVICE

     THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

ROLAND LEE WOMACK
THERESA ANN WOMACK
2125 OLIVE DRIVE
REIDSVILLE, NC 27320

PHILLIP E BOLTON ESQ
P O BOX 10247
GREENSBORO, NC 27404-0247

AMERICAN INFOSOURCE
P O BOX 248872
OKLAHOMA CITY, OK 73124-8872

ARROW FINANCIAL
11675 RAINWATER DR STE 350
ALPHARETTA, GA 30009

ARROW FINANCIAL SERVICE
5996 W TOUHY AVE
NILES, IL 60714

BOND U OUT BAIL BONDING
P O BOX 196
WENTWORTH, NC 27375

CAPITAL ONE BANK USA NA
% AMERICAN INFOSOURCE LP
P O BOX 71083
CHARLOTTE, NC 28272

CATHERINES
P O BOX 659728
SAN ANTONION, TX 78265-9728

CENTRAL CAROLINA SURGICAL EYE
3312 BATTLEGROUND AVE
P O BOX 38157
GREENSBORO, NC 27438

CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE, MD 21202

CITIFINANCIAL
P O BOX 140489
IRVING, TX 75014-0489

DIVERSIFIED ADJUSTMENT SERVICE
ATTN MANAGING AGENT
P O BOX 32145
MINNEAPOLIS, MN 55432-0145

EMPLOYMENT SECURITY COMMISSION
P O BOX 26504
RALEIGH, NC 27611-6504

EQUITABLE ASCENT FINANCIAL
1120 W LAKE COOK RD
BUFFALO, IL 60089

WOMACK, ROLAND LEE
WOMACK, THERESA ANN
11-10213 C-13G
Certificate of Service
Page 2

| | |
|---|---|
| EXPRESS CHECK ADVANCE<br>365 LOWES DR STE E1<br>DANVILLE, VA 24540 | MATTHEW T MCKEE ESQ<br>ROGERS TOWNSEND & THOMAS PC<br>2550 W TYVOLA RD STE 520<br>CHARLOTTE, NC 28217 |
| FIRST BANK & TRUST<br>1525 S COOPER ST<br>ARLINGTON, TX 76010 | MIDLAND CREDIT MANAGEMENT INC<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123 |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC 27402 | MOSES CONE HEALTH SYSTEM<br>P O BOX 26580<br>GREENSBORO, NC 27415-6580 |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 |
| GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702-5345 | PARAGON REVENUE CORP<br>P O BOX 127<br>CONCORD, NC 28026 |
| GMAC MORTGAGE LLC<br>ATTN MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | PHYS FOR WOMEN OF GREENSBORO<br>P O BOX 4308<br>GREENSBORO, NC 27404-4308 |
| GMAC MORTGAGE LLC<br>ATTN MANAGING AGENT<br>ATTN MAIL CODE 190-FTW-C20<br>1100 VIRGINIA DR<br>FT WASHINGTON, PA 19034 | PREMIER BANKCARD INC<br>% ARROW FINANCIAL SERVICE<br>5996 W TOUHY AVE<br>NILES, IL 60714 |
| GUILFORD PAIN MANAGEMENT PA<br>522 N ELAM AVE STE 203<br>GREENSBORO, NC 27403 | PULLIAM GROCERY<br>1499 US 29 BUSINESS<br>REIDSVILLE, NC 27320 |
| HSBC<br>P O BOX 5253<br>CAROL STREAM, IL 60197 | RECOVERY MGMT SYSTEMS CORP<br>ATTN MANAGING AGENT<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | REGIONAL ACCEPTANCE<br>4259 PIEDMONT PKWY<br>GREENSBORO, NC 27410 |
| JON BARRY & ASSOC<br>P O BOX 127<br>CONCORD, NC 28026-0127 | |

WOMACK, ROLAND LEE
WOMACK, THERESA ANN
11-10213 C-13G
Certificate of Service
Page 3

RESURGENT
15 S MAIN ST STE 600
GREENVILLE, SC 29601

RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

ROCKINGHAM COUNTY EMS
P O BOX 863
LEWISVILLE, NC 27023

ROCKINGHAM COUNTY TAX
P O BOX 68
WENTWORTH, NC 27375-0068

SCHEWEL FURNITURE
220-C KINGS HIGHWAY
EDEN, NC 27288

SECURITY FINANCIAL SERVICES
181 SECURITY PLACE
SPARTANBURG, SC 29307

SOUTHEASTERN DBA GUILFORD ORTHO
1915 LENDEW STREET
GREENSBORO, NC 27408-7033

SPIEGEL
101 CROSSWAY PARK WEST
WOODBURY, NY 11797

SPRINT NEXTEL CORPORATION
% SPRINT NEXTEL DISTRIBUTION
P O BOX 3326
ENGLEWOOD, CO 80155-3326

TATE & KIRLIN ASSOCIATES
2810 SOUTHAMPTON RD
PHILADELPHIA, PA 19154-1207

TOYOTA FINANCIAL SERVICES
P O BOX 5855
CAROL STREAM, IL 60197

TOYOTA MOTOR CREDIT CORP
P O BOX 8026
CEDAR RAPIDS, IA 52408-8026

UNITED HEALTHCARE
DIVISION BENEFIT SERVICES
P O BOX 221709
LOUISVILLE, KY 40252

WAKE FOREST HEALTH SCIENCES
% IC SYSTEMS INC
P O BOX 64886
SAINT PAUL, MN 55164

WFF
34204 VAN DYKE AVE STE 1-L
STERLING HEIGHTS, MI 48312-4647

WFNNB
4590 E BROAD ST
COLUMBUS, OH 43213

Date: April 7, 2011

s/ Pearleen Wimbush
Chapter 13 Office
Greensboro, North Carolina