UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>ROLAND LEE WOMACK<br>THERESA ANN WOMACK<br><br>DEBTORS | CASE NO. 11-10213<br><br>S.S. NO. xxx-xx-0134<br>S.S. NO. xxx-xx-5595<br><br>CHAPTER 13 |

## OBJECTION TO VALUATION OF SECURED CLAIM

Now comes Regional Acceptance Corporation ("RAC"), by and through counsel, and objects, pursuant to 11 U.S.C. §506(a), to the proposed valuation of its secured claim. In support of this Objection, RAC shows unto the Court the following:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered by the Middle District of North Carolina.

2. The Debtors filed a bankruptcy petition on February 14, 2011, and Anita Jo Kinlaw Troxler was appointed as the trustee in the case.

3. RAC is the holder of a debt instrument ("Note") executed by the Joint Debtor on or about June 2, 2008 in the original principal amount of $16,952.07. The Note grants RAC a security interest in a 2008 Ford Fusion, vehicle identification number 3FAHP06ZX8R263635 ("Vehicle"). RAC properly perfected its security interest in the Vehicle by noting its lien on the Vehicle's certificate of title. The Vehicle is property of the estate pursuant to 11 U.S.C. §541. Copies of the loan documents are attached as "Exhibit A" and incorporated herein by reference.

4. On or about April 12, 2011, RAC filed a proof of claim for the secured amount of $15,241.01 due under the Note. The Debtors' Chapter 13 Plan proposes that RAC's claim be treated as secured for the amount of $7,500.00.

5. RAC objects to the proposed valuation of the Vehicle at $7,500.00.

6. RAC contends that the value of the Vehicle is $12,550.00. RAC should be allowed a secured claim in the amount of $11,295.00, which represents ninety percent (90%) of the fair market value of the Vehicle. A copy of the N.A.D.A. valuation is attached as "Exhibit B" and incorporated herein by reference.

Wherefore, RAC respectfully prays for the Court to grant the following relief:

1. To determine that the value of the Vehicle is $11,295.00, which is ninety percent (90%) of the fair market value of the Vehicle;

2. To modify the Debtors' Chapter 13 Plan to provide RAC with a secured claim in the amount of $11,295.00 and an unsecured claim for the remaining indebtedness owed under the Note;

3. To grant such other and further relief as the Court deems just an appropriate.

Dated: April 28, 2011

POYNER SPRUILL LLP

By: s/ James S. Livermon, III
NC State Bar Number 26492
Attorneys for Regional Acceptance Corporation
Post Office Box 353
Rocky Mount, North Carolina 27802-0353
Telephone: (252) 446-2341

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE
THIS IS A CONSUMER CREDIT DOCUMENT

Contract Number

Creditor-Seller (Name and Address)
Tri-City Ford, Inc
dba Tri-City Ford Lincoln Mercury
Hwy. 14 South
Eden NC 27288

[illegible] By signing this contract, you choose to buy the vehicle on credit under the agreements [illegible] this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge [illegible] according to the payment schedule below. We will figure your finance charge on a daily basis. [illegible]

Primary Use For Which Purchased
[X] personal, family or household
[ ] business
[ ] agricultural

New 2006 [illegible] [illegible]

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 3,584.00 |
|---|---|---|---|---|
| [illegible] % | $ [illegible] | $ [illegible] | $ 28,008.78 | $ 31,592.78 |

Your Payment Schedule Will Be:

July 17, 2006

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below.

**Optional Credit Insurance**

[ ] Credit Life: [ ] Buyer [ ] Co-Buyer [ ] Both
[ ] Credit Disability (Buyer Only)

Premium:
Credit Life $ N/A
Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. [illegible]

**Other Optional Insurance**

[ ] N/A Type of Insurance N/A Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

[ ] N/A Type of Insurance N/A Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A Buyer Signature N/A Date

X N/A Co-Buyer Signature N/A Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge: You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

Itemization of Amount Financed

$ 20,017.87

$ 1,666.00

$ 3,582.00

$ 84.00

$ 3,500.00

$ 3,584.00

$ 16,517.87

N/A

$ 30.00

$ 40.00

$ 249.00

$ 319.00

$ 16,952.87

Yes N/A SELLER'S INITIALS

OPTIONAL GAP CONTRACT. [illegible] Name of Gap Contract

NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. [illegible] Buyer Signs X [signature] Co-Buyer Signs X ________

See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature] Date [illegible] Co-Buyer Signs X ________ Date ________

Seller Signs Tri-City Ford, Inc dba Tri-City Ford Lincoln Mercury By X [signature: Damaris Stewart] Title Asst Office Mgr

Assigned without recourse [ ] Assigned with limited recourse

Tri-City Ford, Inc dba Tri-City Ford [illegible]

By [signature: Damaris Stewart] Title Asst Office Mgr

ORIGINAL LIENHOLDER

**BB&T CONFIDENTIAL**

***BB&T CONFIDENTIAL

EXHIBIT A

ALL-STATE LEGAL®

STATE OF NORTH CAROLINA

MVR 191 (Rev 05/07)

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 3FAHP06ZX8R263635 | 2008 | FORD | 4S |
| TITLE NUMBER | | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
| 779921083250041 | | 12/31/2008 | 773948081710067 |

MAIL TO

REGIONAL ACCEPTANCE CORP
1424 E FIRE TOWER RD
GREENVILLE NC 27858-4105

ODOMETER READING
000033

ODOMETER STATUS

TITLE BRANDS

OWNER(S) NAME AND ADDRESS

THERESA ANN WOMACK

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS this hand and seal of this Division of the day and year appearing in this certificate as the title issue date

William C. Gore Jr

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER: DATE OF LIEN 06/02/2008

REGIONAL ACCEPTANCE CORP
1424 E FIRE TOWER RD
GREENVILLE NC 27858-4105

LIEN RELEASED BY:
SIGNATURE
TITLE DATE

SECOND LIENHOLDER DATE OF LIEN 11/18/2008

SECURITY FINANCIAL SERVICES
1537 FREEWAY DR STE 501
REIDSVILLE NC 27320-7161

LIEN RELEASED BY
SIGNATURE
TITLE DATE

THIRD LIENHOLDER DATE OF LIEN

LIEN RELEASED BY
SIGNATURE
TITLE DATE

FOURTH LIENHOLDER DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE
TITLE DATE

ADDITIONAL LIENS

79485211

**BB&T CONFIDENTIAL**

ANY ALTERATIONS OR ERASURES VOID TITLE

***BB&T CONFIDENTIAL***

# Summary With NADA Values
## NADA Used Car Guide
**Wednesday, April 13, 2011**

**Guide Edition:** Southeastern Used Car Guide - April 2011
**Vehicle Description:** 2008 FORD
Fusion-4 Cyl. Sedan 4D S

**VIN:** 3FAHP06ZX8R263635 **Weight:** 3181
**Stock #:** **MSRP:** $17,770

| NADA | Rough Trade-In | Avg. Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Values** | $7,775 | $8,900 | $9,825 | $8,850 | $12,550 |
| Mileage N/A | N/A | N/A | N/A | N/A | N/A |
| Accessories | $0 | $0 | $0 | $0 | $0 |
| **NADA Adjusted Values** | $7,775 | $8,900 | $9,825 | $8,850 | $12,550 |
| Appraiser Adjustment | $0 | $0 | $0 | $0 | $0 |
| **Adjusted Values** | $7,775 | $8,900 | $9,825 | $8,850 | $12,550 |

| Accessories: | Trade | Loan | Retail |
|---|---|---|---|

| Appraiser Item: | Value | Appraiser Item: | Value |
|---|---|---|---|

NADA assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of NADA Used Car Guide, NADASC



CERTIFICATE OF SERVICE

I, James S. Livermon, III, of Poyner Spruill LLP, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Objection to Valuation of Secured Claim on:

Roland Lee Womack
Theresa Ann Womack
2125 Olive Drive
Reidsville, NC 27320

Phillip E. Bolton, Esq.
Attorney for Debtors
*(Via CM/ECF)*

Anita Jo Kinlaw Troxler, Esq.
Chapter 13 Trustee
*(Via CM/ECF)*

Michael D. West, Esq.
Bankruptcy Administrator
*(Via CM/ECF)*

by depositing the same in the United States mail, first class, postage prepaid or as otherwise stated.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2011

POYNER SPRUILL LLP

By: s/ James S. Livermon, III
NC State Bar Number 26492
Attorneys for Regional Acceptance Corporation
Post Office Box 353
Rocky Mount, North Carolina 27802-0353
Telephone: (252) 446-2341